AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF Colorado

UNITED STATES OF AMERICA

V.

Christopher House

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 08-mj-01124

CHARGING DISTRICTS
CASE NUMBER: 08mj139

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of Connecticut ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the 141 Church St. New Haven, CT
*Place and Address*

for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) District of Connecticut on 7-21-08 2:00pm.
*Date and Time*

_[signature]_
*Signature of Judge*

7-7-08
*Date*

Kristen L. Mix
*Name of Judge*   *Title of Judge*
US Magistrate Judge